UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **GARY BLUM, ET AL.** | **CASE NO. 6:23-CV-01748** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **AT&T CORP., ET AL.** | **MAGISTRATE JUDGE DAVID J. AYO** |

**ORDER**

Upon consideration of the "Joint Motion to Revise Deadlines Pending Resolution of Jurisdictional Discovery and Motion to Remand" [ECF No. 58],

IT IS HEREBY ORDERED that the motion is GRANTED IN PART as follows. The Scheduling Order issued on September 15, 2024 [ECF No. 50] is VACATED, and the following case-specific deadlines are IMPOSED:

1. December 6, 2024: Deadline for Plaintiffs to file Motion to Remand.

2. January 10, 2025: Deadline for Defendants to file a Response to Plaintiffs' Motion to Remand.

3. January 24, 2025: Deadline for Plaintiffs to file a Reply in support of Motion to Remand.

If Plaintiff's Motion to Remand is denied, Defendants will file their Answer or responsive motion within thirty (30) days of the denial of the Motion to Remand. [1] *Any extensions of the foregoing deadlines will not be granted absent a showing of good cause.*

THUS DONE in Chambers on this 7th day of August, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] *See* Fed. R. Civ. P. 12(b), (e)–(f).