UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| GARY BLUM AND LUCIA BILLIOT | CIVIL ACTION NO. 6:23-CV-01748 |
| v. | |
| AT&T CORP, AT&T INC., BELLSOUTH TELECOMMUNICATIONS, LLC d/b/a AT&T LOUISIANA, VERIZON COMMUNICATIONS, INC., LUMEN TECHNOLOGIES, INC. d/b/a CENTURYLINK, INC., CENTURYLINK COMMUNICATIONS, LLC | JUDGE ROBERT R. SUMMERHAYS  MAGISTRATE JUDGE DAVID J. AYO |

## ORDER

Considering the *Ex Parte* Motion to Substitute Exhibits filed by AT&T Enterprises, LLC (formerly AT&T Corp.), AT&T Inc., and Bellsouth Telecommunications, LLC d/b/a AT&T Louisiana; Verizon Communications Inc.; and Lumen Technologies, Inc. and CenturyLink Communications, LLC (the "Motion");

**IT IS ORDERED** that the Motion is **GRANTED**, and Exhibit F (Rec. Doc. No. 100-5), Exhibit G (Rec. Doc. No. 100-6), Exhibit H (Rec. Doc. No. 100-7), and Exhibit L (Rec. Doc. No. 101-6) shall be substituted with the full and complete copies of Exhibits F, G, H, and L attached to the Motion.

Lafayette, Louisiana, this 24th day of February, 2025.

_____
David J. Ayo
United States Magistrate Judge