UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **GARY BLUM, ET AL.** | **CASE NO. 6:23-CV-01748** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **AT&T CORP., ET AL.** | **MAGISTRATE JUDGE DAVID J. AYO** |

## ORDER

Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge David J. Ayo, whereby he recommends that the Motion for Remand filed by Plaintiffs Gary Blum and Lucia Billiot be denied. [ECF No. 115]. No objections to the R&R have been lodged, and the time for doing so has expired. Based on the pleadings, the record and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly,

IT IS HEREBY ORDERED that the R&R is APPROVED and ADOPTED in its entirety as the holding of the Court, and Motion to Remand [ECF No. 74] is DENIED.

THUS DONE in Chambers on this 29th day of September, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE